Dismissed and Memorandum Opinion filed October 25, 2007








Dismissed
and Memorandum Opinion filed October 25, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00854-CV

____________

 

RODNEY HOLMES and LAJOR, INC., Appellants

 

V.

 

FRANK TORRES, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 2

Harris County,
Texas

Trial Court Cause
No. 848207-101

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 22, 2006.  On October 4, 2007,
appellant filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed October
25, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.